18805. RHYNE *et al.* v. MOSHELL.

BLOODWORTH, J. There is no merit in the special grounds of the motion for a new trial, and the court did not err in directing a verdict for the plaintiff. *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED MAY 15, 1928.

*Whitaker & Whitaker,* for plaintiffs in error.
*Finley & Henson,* contra.